**FILED,** Clerk of the Supreme Court, 10 Dec 2024, **089870**

**SUPREME COURT OF NEW JERSEY**
**D-12 September Term 2024**
**089870**

| | |
|---|---|
| **In the Matter of** : | |
| **Spencer B. Robbins** : | **O R D E R** |
| **An Attorney at Law** : | |
| **(Attorney No. 029951981)** : | |

The Disciplinary Review Board having filed with the Court its decision in DRB 24-090, recommending that **Spencer B. Robbins** of **Woodbridge**, who was admitted to the bar of this State in 1981, should be censured for violating RPC 1.15(d) (failing to comply with the recordkeeping requirements of <u>Rule</u> 1:21-6) and RPC 8.1(b) (failing to cooperate with disciplinary authorities); and

The Disciplinary Review Board having further recommended that respondent be required to submit proof to the Office of Attorney Ethics that respondent has corrected the recordkeeping deficiencies identified during the Office of Attorney Ethics' audit and investigation, within sixty days of the Court's order;

And good cause appearing;

1

FILED, Clerk of the Supreme Court, 10 Dec 2024, **089870**

It is ORDERED that **Spencer B. Robbins** is hereby censured; and it is further

ORDERED that respondent shall submit proof to the Office of Attorney Ethics that respondent has corrected the recordkeeping deficiencies identified during the Office of Attorney Ethics' audit and investigation, within sixty days; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 3rd day of December, 2024.

**CLERK OF THE SUPREME COURT**

2